S. T. HARE ET AL. v. W. H. GRANTHAM.

(Filed 20 March, 1912.)

Appeal and Error — Motions — Pleadings—Allegations Sufficient—
Practice.

> The case on appeal in this case not having been served in
> time, is not with the record in this Court, and it appearing from
> an examination of the record proper that the complaint states
> facts sufficient to constitute a cause of action, the defendant's
> motion to dismiss the action is disallowed, and plaintiff's motion
> to affirm the judgment below is allowed.

APPEAL from *Peebles, J.,* at November Term, 1911, of SAMP-
SON.

This was a civil action for the recovery of personal property
claimed by the plaintiff and alleged to be unlawfully withheld
by the defendant. From a verdict and judgment in favor of the
plaintiff, the defendant appealed.

*R. L. Godwin and E. F. Young for plaintiffs.*
*Douglass & Lyon and J. C. Clifford for defendant.*

PER CURIAM. It is admitted that the case on appeal was not
served within the time required by law, and therefore has not
been sent up to this Court with the record.

The plaintiffs move the Court to affirm the judgment upon the
face of the record.

The defendant moves the Court to dismiss the action because
on the face of the complaint no cause of action is stated.

The Court, being of opinion that a cause of action is stated
in the complaint, and that there is no error apparent upon the
face of the record, allows the motion to affirm the judgment of
the Superior Court.

Affirmed.